UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M. AMELIA (NEAL) JERMANO,

        Plaintiff,

v.

TROY TAYLOR, RACHEL MEYERS,
ERC ZARFL, MICHAEL PINKERTON,
ANTHONY CARIGNAN, SHAWN TETLER,
JOHN STANSON, KEITH HERMANS, SK, JIM
ROURKE, CHRIS MARTINELLI, ROB WICKHAM,
JAMES HOCK, SCOTT LA MITZA, EDWIN JULIAN,
DUNCAN, JESSICA COOPER, JOANNE PRAY,
MICHAEL BOUCHARD, SHAWN FORCE,
MELISSA FELICE, PAMELA McCORMICK,
ANNA KELLOG MAGNER, SANDRA JONES-KARIM,
CURTIS FRANCE, DANIELLE KRAUTHOFER,
JULIE GROWE, KEVIN D'ANGELO, ROYAL OAK
POLICE DEPARTMENT, TROY POLICE
DEPARTMENT, COMMON GROUND SANCTUARY,
OAKLAND COUNTY JAIL, JOHN DOE, TIMOTHY
GARCHER, OAK PARK POLICE DEPARTMENT,
YMCA INTERIM HOUSE OF METRO DETROIT, DAVID
CANNON, CHRISTOPHER JAHNKE, MARTIN
KROHNER, DEAN ELDEN, and MICHAEL McCARTHY,

        Defendants.
_____/

Case No. 11-10739

HONORABLE AVERN COHN

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 48)**
**AND**
**DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (Doc. 4)**

I.

This appears to be a civil rights case. Plaintiff is proceeding pro se. The matter has been referred to a magistrate judge for pretrial proceedings. Plaintiff filed a paper

styled "Emergency Motion Preliminary Injunction And/or Protective Order and Request or Emergency Hearing." (Doc. 4). The magistrate judge construed the filing as a motion for preliminary injunction and issued a report and recommendation (MJRR), recommending that the motion be denied. (Doc. 48).

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. Thomas v. Arn, 474 U.S. 140, 149 (1985). However, the Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. Plaintiff's motion is DENIED.

SO ORDERED.

Dated: September 27, 2011

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to M Amelia (Neal) Jermano, P.O. Box 58, Birmingham, MI 48012 and the attorneys of record on this date, September 27, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160