UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M. AMELIA (NEAL) JERMANO,

        Plaintiff,

Case No. 11-10739

HONORABLE AVERN COHN

v.

OFFICER TROY TAYLOR, et al,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order Adopting Reports and Recommendations entered on September 21, 2012 judgment is entered in favor of the following defendants:

>Christopher Jahnke,
>Royal Oak Police Department,
>Jessica Cooper,
>Joanne Pray,
>Oakland County Jail,
>Michael Bouchard,
>Common Ground,
>Shawn Force and Melissa Felice

and against plaintiff.

DAVID WEAVER

Dated: September 12, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 12, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160