UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M. AMELIA (NEAL) JERMANO,

        Plaintiff,

v.

OFFICER TROY TAYLOR, et al,

        Defendants.
_____/

Case No.     11-10739

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order Adopting Reports and Recommendations entered on September 21, 2012 judgment is entered in favor of the following defendants:

        Christopher Jahnke,
        Royal Oak Police Department,
        Jessica Cooper,
        Joanne Pray,
        Oakland County Jail,
        Michael Bouchard,
        Common Ground,
        Shawn Force and Melissa Felice

and against plaintiff.

        DAVID WEAVER

Dated: September 12, 2012        By: s/Julie Owens
                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 12, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160